UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

BIBI SAMARIA,

                        Plaintiff,

  -against-

                                                      ORDER

NYC HEALTH + HOSPITALS CORPORATIONS,

                                                      19 Civ. 8008 (GBD)

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GEORGE B. DANIELS, District Judge:

     The June 18, 2020 initial conference is adjourned to October 8, 2020 at 9:30 a.m.

Dated: June 8, 2020
       New York, New York

                                                      SO ORDERED.

                                                      GEORGE B. DANIELS
                                                      UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 8 2020