UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BIBI SAMARIA,

                    Plaintiff,

    -against-

NYC HEALTH + HOSPITALS CORPORATIONS,:

                  Defendant.

------------------------------------- x



ORDER

19 Civ. 8008 (GBD)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: June 18, 2020
       New York, New York

                                       SO ORDERED.

                                       GEORGE B. DANIELS
                                       United States District Judge